**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF MARYLAND SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| | * | |
| SABINE PHILIPPE | * | |
| Plaintiff | * | |
| | * | |
| vs. | * | Case No.:  8:22-CV-01354-AAQ |
| | * | |
| JEAN ASTREAL, ET AL | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR CONTINUANCE**

COMES NOW, the Plaintiff, Sabine Philippe, by and through her attorney, Samuel Q. Elira Sr., Esquire, and the Elira Law Firm move for a continuance of the Hearing scheduled in the above captioned matter, and states as follows:

1. That the above captioned matter is scheduled for Hearing on June 1, 2026, at 2:00PM

2. The Court contacted undersigned counsel to coordinate and clear mutually available dates for a status conference on this matter.

3. At the time the Court attempted to coordinate scheduling, undersigned counsel was unable to communicate with opposing counsel because opposing counsel had been hospitalized and was medically incapacitated.

4. As a result of opposing counsel's unavailability and inability to participate in the scheduling process, the June 1, 2026, status conference date was selected and placed on the Court's calendar without the input, availability confirmation, or participation of opposing counsel.

5. Since that time, undersigned counsel has conferred with opposing counsel, who has advised that he is unavailable on June 1, 2026, due to the circumstances surrounding his hospitalization and recovery.

6. In addition, undersigned counsel and client is presently managing scheduling conflicts with other previously scheduled court appearances and professional obligations that conflict with June 1, 2026, status conference date.

7. Specifically, undersigned counsel has trial in three Juvenile cases at Circuit Court for St. Mary County, See: C-18-CR-26-000098, C-18-CR-26-000104 and C-18-CR-26-000093. Undersigned represents the Juvenile Defendants in the above matters scheduled for June 1, 2026.

8. The Plaintiff formally requests that this matter be continued.

9. This motion is made in good faith and not for the purpose of delay. The end of justice and the interest of all parties warrant a postponement in this case.

10. Compelling the Plaintiff to move forward on the scheduled date under the circumstance will prejudice the Plaintiff. There will be no prejudice against the Defendant.

11. Pursuant to Court Rules, undersigned Counsel conferred with Counsel for the Defendant regarding the instant Motion for Continuance. Following Discussions between Counsels, the parties mutually agreed that the mater be rescheduled to either 27th July 2026, September 3rd, 2026, or September 7th, 2026, and neither party objects to the continuance

WHEREFORE, for the foregoing reasons and any which may appear to the Court, Undersigned Counsel respectfully requests that this Motion be granted, and a new date be scheduled for the Hearing.

Respectfully submitted,

**THE ELIRA LAW FIRM, LLC**

/s/ Samuel Q. Elira Sr.
Samuel Q. Elira Sr., Esquire
Md Bar No.: 22164
5302 E. Court Drive
Upper Marlboro, MD 20774
sqelaw@gmail.com
(301) 936-1418 (Office)
(301) 218-9406 (Fax)
(410) 934-4926 (Cell)

CERTIFICATE OF SERVICE

I certify that on May 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, to give notice to all registered parties.

/s/ Samuel Q. Elira Sr.
Samuel Q. Elira Sr., Esquire