**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF MARYLAND SOUTHERN DIVISION**

|  |  |
|---|---|
| SABINE PHILIPPE<br>　　　Plaintiff | * <br> * <br> * <br> * |
| vs. | *　　Case No.:  8:22-CV-01354-AAQ <br> * |
| JEAN ASTREAL, ET AL | * <br> * |
| 　　　Defendant | * |

*********************************************************************

**ORDER**

UPON CONSIDERATION of Plaintiff SABINE PHILIPPE'S Motion for Continuance, any opposition thereto, any reply, and for good cause, it is hereby:

**ORDERED**, that Plaintiff's Motion be, and is hereby **GRANTED**; and, it is further,

**ORDERED**, that the hearing in this matter currently set for June 1, 2026, is hereby continued to the _____ day of _____ 2026.

**SO ORDERED**.

_____
Judge United States District Court of Maryland