**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | |
|---|---|
| **SABINE PHILIPPE** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CASE NO.: **8:22-CV-01354-AAQ** |
| ) | |
| JEAN GARRY ASTREL, (NJ) ) | Next Event: Status Conference |
| ) | |
| GOTCHEN BERNARD, (FL) ) | |
| ) | Location: Courtroom 2A |
| FRENEL ANACRAYON, (NY) ) | |
| ) | Date: July 27, 2026 @ 2:00 PM |
| PIERRE JEAN RAYMOND ANDRE, (FL) ) | |
| ) | |
| PIERRE PAUL THEOBALE, (FL) ) | |
| ) | Judge:  Hon. Ajmel Ahsen Quereshi |
| FRED ALFRED JOSEPH, (NY) ) | |
| ) | |
| ERNST VILSAINT, (NJ) ) | |
| ) | |
| PEDRO RAPHAEL, (FL) ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |

<u>MOTION FOR PERMISSION OF DEFENDANTS TO APPEAR REMOTELY</u>

Defendants, by and through undersigned counsel, respectfully move this

Honorable Court for permission to appear remotely via Webex and/or such other video

conferencing platform as designated by the Court for the upcoming Status Conference,

and other non-evidentiary proceedings in this matter.

In support thereof, Defendants state as follows:

1. This action is pending before this Court under Civil Action No. 8:22-cv-01354-AAQ.

2. The individual Defendants reside in multiple jurisdictions outside the greater Washington, D.C. metropolitan area.

3. Specifically, Defendants are located in Florida, New Jersey, New York.

4.  Requiring the personal appearance of all Defendants for routine court proceedings would necessitate significant travel time and expense, including interstate and international travel.

5.  Defendants respectfully submit that their remote participation will not prejudice any party, impede the orderly administration of justice, or interfere with the Court's ability to conduct the proceeding.

6.  Remote appearance will promote efficiency, reduce unnecessary litigation costs, and facilitate participation by all parties while preserving the resources of both the Court and the litigants.

7.  Defendants and defense counsel have access to the technology necessary to participate fully in proceedings conducted through Webex or any other platform approved by the Court.

8.  Good cause therefore exists for permitting Defendants to appear remotely in this matter.

WHEREFORE, Defendants respectfully request that the Court enter an Order permitting Defendants to appear remotely via Webex or such other videoconferencing platform designated by the Court for scheduled proceedings in this action, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

A. Stephen Conte, Fed Bar ID 023258
401 N. Washington Street, Suite 500
Rockville, MD 20850-1789
Office:    (240) 396-4152
Facsimile  (240) 396-5857
Steve@ConteLegal.com

*Counsel for the Defendants*

## **CERTIFICATE OF SERVICE**

Counsel for the Parties hereto HEREBY CERTIFIES AND GIVES NOTICE TO THE COURT that on this 223rd day of July 2026, a copy of  foregoing Motion/Request for the Defendants to Appear Remotely in the above captioned matter was e-served to all Counsel for the Plaintiff, Samuel Q. Elira Sr., Esquire, at their respective electronic emails.

_____

A. Stephen Conte